**Marshall BOYD and Ogletha Fortner v. UNITED STATES of America.**

**No. 3157.**

Circuit Court of Appeals, Tenth Circuit.

May 14, 1945.

Herbert K. Hyde, of Oklahoma City, Okl., for appellants.

Charles E. Dierker, U. S. Atty., and John Brett, Asst. U. S. Atty., both of Oklahoma City, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee for failure to prosecute.